```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----

ACCESS 4 ALL, INC.,

        Plaintiff,

- against -

NELSON M. STERN, ET AL.,

        Defendants.

1:09-cv-00798-RJH

**ORDER**

    The pre-motion conference scheduled for May 1, 2009, is adjourned to May 8, 2009, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: New York, New York
       April 9, 2009

_____
Richard J. Holwell
United States District Judge